UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CORNELIA MARTINEZ, an individual; ANA VELASQUEZ, an individual; CARINA FABIAN, an individual; HILDA DERAS, an individual; CARMEN CASTRO, an individual; DEMETRIUS ALLEN, an individual; MICHAEL PRUDHOMME, an individual; ARTHUR RIVERA, an individual; JAMARCUS REYNOLDS, an individual; PEDRO RAMOS, an individual; MARGARITA MECINAS, an individual; NICOLAS GREGORIO, (Caption continues on next page) | CASE NO.: 2:16-cv-08598-SVW-MRW<br><br>JS-6<br><br>**ORDER ON JOINT STIPULATION OF VOLUNTARY DISMISSAL**<br><br>Assigned to Hon. Stephen V. Wilson Department 10A<br><br>Complaint Filed: November 17, 2016 |

---

JOINT STIPULATION OF VOLUNTARY DISMISSAL AND
PROPOSED CASE SCHEDULES

| | |
|---|---|
| 1  an individual; CARLOS ESCAMILLA, an individual; FRANCESCA ESCAMILLA, an individual; POLONIA HERNANDEZ, an individual; SAJE, a 501(c)(3) non-profit organization; STEP UP ON SECOND STREET, INC., a 501(c)(30 non-profit organization; on behalf of themselves and all others similarly situated, | IT IS SO ORDERED.<br><br>DATED: _____August 2, 2017_____<br><br>*Stephen V. Wilson* (signature)<br><br>**STEPHEN V. WILSON**<br>**UNITED STATES DISTRICT JUDGE** |

1  an individual; CARLOS ESCAMILLA, an individual; FRANCESCA ESCAMILLA, an individual; POLONIA HERNANDEZ, an individual; SAJE, a 501(c)(3) non-profit organization; STEP UP ON SECOND STREET, INC., a 501(c)(30 non-profit organization; on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

OPTIMUS PROPERTIES, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH KENMORE PROPERTIES, LLC, a California limited liability company; SOUTH NORMANDIE PROPERTIES, LLC, a California limited liability company; NORMANDIE LINDEN, LLC, a California limited liability company; MAGNOLIA AVENUE PROPERTIES, LLC, a California limited liability company; MARIPOSA/8TH STREET PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,

Defendants.

CORNELIA MARTINEZ, an individual; ANA VELASQUEZ, an individual; HILDA DERAS, an individual; CARMEN CASTRO, an individual; GLORIA MORALES, an individual; and SAJE, INC., a 501(c)(3) non-profit organization,

Plaintiffs,

v.

OPTIMUS PROPERTIES, LLC, a California limited liability company; (Caption continues on next page) ROXBURY VENTURES, LLC, a California limited liability company; MAGNOLIA AVENUE PROPERTIES, (Caption continues on next page)

CASE NO.: 2:17-cv-03581-SVW-MRW

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED CASE SCHEDULES**

Assigned to Hon. Stephen V. Wilson
Department 10A

Complaint Filed: May 11, 2017

| | |
|---|---|
| LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>　　　　　　　　Defendants. | |
| PEDRO RAMOS, an individual; NICOLAS GREGORIO, an individual,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH NORMANDIE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>　　　　　　　　Defendants. | CASE NO.: 2:17-cv-03582-SVW-MRW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED CASE SCHEDULES**<br><br>Assigned to Hon. Stephen V. Wilson<br>Department 10A<br><br>Complaint Filed: May 11, 2017 |
| CARLOS ESCAMILLA, an individual; POLONIA HERNANDEZ, an individual; SAJE, INC., a 501(c)(3) non-profit organization,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; SOUTH KENMORE PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>　　　　　　　　Defendants.<br><br>(Caption continues on next page) | CASE NO.: 2:17-cv-03583-SVW-MRW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED CASE SCHEDULES**<br><br>Assigned to Hon. Stephen V. Wilson<br>Department 10A<br><br>Complaint Filed: May 11, 2017 |

| | |
|---|---|
| DEMETRIUS ALLEN, an individual; MICHAEL PRUDHOMME, an individual,<br><br>              Plaintiffs,<br><br>v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; NORMANDIE LINDEN, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>              Defendants. | CASE NO.: 2:17-cv-03584-SVW-MRW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED CASE SCHEDULES**<br><br>Assigned to Hon. Stephen V. Wilson Department 10A<br><br>Complaint Filed: May 11, 2017 |
| ARTHUR RIVERA, an individual; JAMARCUS REYNOLDS, an individual; STEP US ON SECOND STREET, INC., a 501(c)(3) non-profit organization,<br><br>              Plaintiffs,<br><br>v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a California limited liability company; MARIPOSA/8TH STREET PROPERTIES, LLC, a California limited liability company; and JEROME MICKELSON, an individual,<br><br>              Defendants. | CASE NO.: 2:17-cv-03585-SVW-MRW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED CASE SCHEDULES**<br><br>Assigned to Hon. Stephen V. Wilson Department 10A<br><br>Complaint Filed: May 11, 2017 |
| PEDRO GUERRERO, an individual; and SAJE, a 501(c)(3) non-profit organization,<br><br>              Plaintiffs,<br><br>v.<br><br>OPTIMUS PROPERTIES, LLC, a California limited liability company; ROXBURY VENTURES, LLC, a<br><br>(Caption continues on next page) | CASE NO.: 2:17-cv-03586-SVW-MRW<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED CASE SCHEDULES**<br><br>Assigned to Hon. Stephen V. Wilson Department 10A |

|   |   | ) Complaint Filed: May 11, 2017 |
|---|---|---|
| 1 | California limited liability company; ) | |
| 2 | MKM WESTWOOD, LLC, a California ) limited liability company; and JEROME ) | |
| 3 | MICKELSON, an individual, ) ) | |
| 4 | Defendants. ) ) | |
| 5 | ) | |

ADDITIONAL COUNSEL

ANNE K. RICHARDSON (SBN 151541)
arichardson@publiccounsel.org
DEEPIKA SHARMA (SBN 256589)
dsharma@publiccounsel.org
SARAH E. TRUESDELL (SBN 258642)
truesdell.publiccounsel@gmail.com
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, California 90005
Telephone: (213) 385-2977
Facsimile: (213) 385-9089

CHRISTOPHER BRANCART (SBN 128475)
cbrancart@brancart.com
BRANCART & BRANCART
8205 Pescadero Road
Loma Mar, California 94021
Telephone: (650) 879-0141
Facsimile: (650) 879-1103

ANNE P. BELLOWS (SBN 293722)
abellows@publicadvocates.org
PUBLIC ADVOCATES INC.
131 Steuart Street, Suite 300
San Francisco, California 94105
Telephone: (415) 431-7430
Facsimile: (415) 431-1048

*Attorneys for Plaintiffs*

BARRY J. REAGAN (SBN 156095)
reagan@srllplaw.com
SLAUGHTER, REAGAN & COLE, LLP
625 E. Santa Clara Street, Suite 101
Ventura, California 93001
Telephone: (805) 658-7800
Facsimile: (805) 644-2131

*Attorney for Defendants*

## I. JOINT STIPULATION OF VOLUNTARY DISMISSAL OF *MARTINEZ V. OPTIMUS PROPERTIES, LLC*, 2:16-CV-08598

WHEREAS, in the case of *Cornelia Martinez, et al. v. Optimus Properties, et al.*, No. 2:16-cv-08598-SVW-MRW (the "Initial Action"), Judge Wilson ordered Plaintiffs to file, on or before May 12, 2017, separate complaints for each of the five buildings in which the Plaintiffs reside (ECF No. 47); and

WHEREAS, on May 11, 2017, Plaintiffs filed five actions pursuant to Judge Wilson's order: *Martinez, et al. v. Optimus Properties, et al.*, No. 2:17-cv-03581-SVW-MRW (1423 S. Magnolia); *Ramos, et al. v. Optimus Properties, et al.,* No. 2:17-cv-03582-SVW-MRW (756 S. Normandie); *Escamilla, et al. v. Optimus Properties, et al.,* No. 2:17-cv-03583-SVW-MRW (250 S. Kenmore); *Allen, et al. v. Optimus Properties, et al.,* No. 2:17-cv-03584-SVW-MRW (837 S. Normandie); and *Rivera, et al. v. Optimus Properties, et al.,* No. 2:17-cv-03585-SVW-MRW (238 S. Mariposa) (together, the "Original Buildings Actions"), as well as a sixth action, *Guerrero, et al. v. Optimus Properties, et al.*, No. 2:17-cv-03586-SVW-MRW (401 S. Kenmore) (together with the Original Buildings Actions, the "Related Actions"); and

WHEREAS, the Original Buildings Actions cover the same subject matter as the Initial Action; and

WHEREAS, discovery requests have been propounded by the parties in the Initial Action; and

WHEREAS, on July 11, 2017, the parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f) with respect to the Related Actions; and

WHEREAS, the parties agreed that the Initial Action is no longer necessary; and

WHEREAS, the parties agreed that discovery requests propounded in the Initial Action, and disputes related thereto, may proceed under any and all of those Original Buildings Actions to which they pertain;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the Initial Action, entitled *Cornelia Martinez, et al. v. Optimus Properties, et al*, No. 2:16-cv-08598-SVW-MRW, is dismissed without prejudice, and that disputes over any discovery requests propounded under the Initial Action may be disputed in any and all of the Initial Building Actions to which those discovery requests pertain.

## II. JOINT STIPULATION REGARDING PROPOSED CASE SCHEDULES

WHEREAS, the Court's March 13, 2017 Minute Order in the Initial Action following the New Case Status Conference (ECF 47 in the Initial Action) did not specify case schedules beyond that of the Initial Action; and

WHEREAS, the Order Continuing Trial Date and Discovery Deadline, entered on June 22, 2017 in the Initial Action and in each of the Related Actions (ECF 67 in the Initial Action; ECF 17 in 1423 S. Magnolia; ECF 17 in 756 S. Normandie; ECF 18 in 250 S. Kenmore; ECF 18 in 837 S. Normandie; ECF 22 in 238 S. Mariposa; and ECF 18 in 401 S. Kenmore), continued the original trial date and the discovery deadline set in the March 13, 2017 Minute Order for the Initial Action; and

WHEREAS, at the July 11, 2017 conference between the parties with respect to the Related Actions pursuant to Federal Rule of Civil Procedure 26(f), the parties designated the trial date and discovery deadline set forth in the June 22, 2017 Order as the trial date and discovery deadline for 1423 S. Magnolia, the first Related Action filed, and agreed to a staggered schedule for the rest of the Related Actions; and

WHEREAS, there is good cause for the entry of a staggered schedule in the Related Actions, which is to allow the parties sufficient time to brief dispositive motions in each of the six Related Actions, and to allow the Court sufficient time to consider each such motion; and

WHEREAS, there is further good cause for the entry of a staggered schedule in the Related Actions, which is to allow the parties time to properly consider the sufficiency of the record for each individual action, and to have sufficient time to exchange evidence and prepare for each individual trial before the beginning of trial in each action;

NOW, THEREFORE, IT IS HEREBY ALSO STIPULATED that the case schedules listed below will be operative.

So stipulated.

1. *Martinez, et al. v. Optimus Properties, et al.*, Case No. 2:17-cv-03581-SVW MRW (1423 S. Magnolia):

| *Martinez, et al. v. Optimus Properties, et al.,* No. 2:17-cv-03581-SVW MRW ||
|---|---|
| Event | Proposed Date |
| Discovery begins | July 11, 2017 |
| Supplement to initial disclosures | August 4, 2017 |
| Initial expert disclosures and reports | September 29, 2017 |
| Fact discovery cutoff | December 13, 2017 |
| Rebuttal expert reports | December 20, 2017 |
| Expert discovery cutoff | January 3, 2018 |
| Summary judgment motion(s) filed | January 17, 2018 |
| Summary judgment opposition(s) filed | February 5, 2018 |
| Reply brief(s) filed in support of summary judgment | February 12, 2018 |
| Hearing on motion(s) for summary judgment | February 26, 2018 |

| Final pretrial conference | April 9, 2018 |
| Trial begins | April 18, 2018 |

2. *Ramos, et al. v. Optimus Properties, et al.*, Case No. 2:17-cv-03582-SVW-MRW (756 S. Normandie):

| *Ramos, et al. v. Optimus Properties, et al.*, No. 2:17-cv-03582-SVW-MRW | |
|---|---|
| Event | Proposed Date |
| Discovery begins | July 11, 2017 |
| Supplement to initial disclosures | August 4, 2017 |
| Initial expert disclosures and reports | October 27, 2017 |
| Fact discovery cutoff | January 10, 2018 |
| Rebuttal expert reports | January 17, 2018 |
| Expert discovery cutoff | January 31, 2018 |
| Summary judgment motion(s) filed | February 14, 2018 |
| Summary judgment opposition(s) filed | March 5, 2018 |
| Reply brief(s) filed in support of summary judgment | March 12, 2018 |
| Hearing on motion(s) for summary judgment | March 26, 2018 |
| Final pretrial conference | May 7, 2018 |
| Trial begins | May 16, 2018 |

3. *Escamilla, et al. v. Optimus Properties, et al.*, Case No. 2:17-cv-03583-SVW-MRW (250 S. Kenmore):

| *Escamilla, et al. v. Optimus Properties, et al.*, No. 2:17-cv-03583-SVW-MRW | |
|---|---|
| Event | Proposed Date |
| Discovery begins | July 11, 2017 |
| Supplement to initial disclosures | August 4, 2017 |
| Initial expert disclosures and reports | November 24, 2017 |

4
JOINT STIPULATION OF VOLUNTARY DISMISSAL AND
PROPOSED CASE SCHEDULES

| Event | Proposed Date |
|---|---|
| Fact discovery cutoff | February 7, 2018 |
| Rebuttal expert reports | February 14, 2018 |
| Expert discovery cutoff | February 28, 2018 |
| Summary judgment motion(s) filed | March 14, 2018 |
| Summary judgment opposition(s) filed | April 2, 2018 |
| Reply brief(s) filed in support of summary judgment | April 9, 2018 |
| Hearing on motion(s) for summary judgment | April 23, 2018 |
| Final pretrial conference | June 4, 2018 |
| Trial begins | June 13, 2018 |

4. *Allen, et al. v. Optimus Properties, et al.*, Case No. 2:17-cv-03584-SVW-MRW (837 S. Normandie):

| *Allen, et al. v. Optimus Properties, et al.,* No. 2:17-cv-03584-SVW-MRW | |
|---|---|
| Event | Proposed Date |
| Discovery begins | July 11, 2017 |
| Supplement to initial disclosures | August 4, 2017 |
| Initial expert disclosures and reports | December 22, 2017 |
| Fact discovery cutoff | March 7, 2018 |
| Rebuttal expert reports | March 14, 2018 |
| Expert discovery cutoff | March 28, 2018 |
| Summary judgment motion(s) filed | April 11, 2018 |
| Summary judgment opposition(s) filed | April 30, 2018 |
| Reply brief(s) filed in support of summary judgment | May 7, 2018 |
| Hearing on motion(s) for summary judgment | May 21, 2018 |
| Final pretrial conference | July 2, 2018 |
| Trial begins | July 11, 2018 |

5. *Rivera, et al. v. Optimus Properties, et al.*, Case No. 2:17-cv-03585-SVW-MRW (238 S. Mariposa):

| *Rivera, et al. v. Optimus Properties, et al.*, No. 2:17-cv-03585-SVW-MRW | |
|---|---|
| Event | Proposed Date |
| Discovery begins | July 11, 2017 |
| Supplement to initial disclosures | August 4, 2017 |
| Initial expert disclosures and reports | January 19, 2018 |
| Fact discovery cutoff | April 4, 2018 |
| Rebuttal expert reports | April 11, 2018 |
| Expert discovery cutoff | April 25, 2017 |
| Summary judgment motion(s) filed | May 9, 2018 |
| Summary judgment opposition(s) filed | May 29, 2018 |
| Reply brief(s) filed in support of summary judgment | June 4, 2018 |
| Hearing on motion(s) for summary judgment | June 18, 2018 |
| Final pretrial conference | July 30, 2018 |
| Trial begins | August 8, 2018 |

6. *Guerrero, et al. v. Optimus Properties, et al.*, Case No. 2:17-cv-03586-SVW-MRW (401 S. Kenmore):

| *Guerrero, et al. v. Optimus Properties, et al.*, No. 2:17-cv-03586-SVW-MRW | |
|---|---|
| Event | Proposed Date |
| Discovery begins | July 11, 2017 |
| Supplement to initial disclosures | August 4, 2017 |
| Initial expert disclosures and reports | February 16, 2018 |
| Fact discovery cutoff | May 2, 2018 |
| Rebuttal expert reports | May 9, 2018 |
| Expert discovery cutoff | May 23, 2017 |

| Summary judgment motion(s) filed | June 6, 2018 |
| --- | --- |
| Summary judgment opposition(s) filed | June 26, 2018 |
| Reply brief(s) filed in support of summary judgment | July 2, 2018 |
| Hearing on motion(s) for summary judgment | July 16, 2018 |
| Final pretrial conference | August 27, 2018 |
| Trial begins | September 5, 2018 |

Respectfully submitted,

Dated: July 26, 2017      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

*/s/ Emily Ludmir Aviad*
Emily Ludmir Aviad

*I, Emily Ludmir Aviad, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Matthew E. Sloan
Daniel O. Blau
Ross M. Cuff
Rachael T. Schiffman
Antonieta M. Pimienta

Dated: July 26, 2017      PUBLIC COUNSEL

*/s/ Deepika Sharma*
Anne K. Richardson
Deepika Sharma
Sarah E. Truesdell

Dated: July 26, 2017      BRANCART & BRANCART

*/s/ Christopher Brancart*
Christopher Brancart

7
JOINT STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED CASE SCHEDULES

| | | |
|---|---|---|
| 1 | Dated: July 26, 2017 | PUBLIC ADVOCATES INC. |
| 2 | | |
| 3 | | */s/ Anne P. Bellows*<br>Anne P. Bellows |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | Dated: July 26, 2017 | CITRON & CITRON ATTORNEYS AT LAW |
| 6 | | |
| 7 | | */s/ Thomas H. Citron*<br>Thomas H. Citron<br>Katherine Tatikian |
| 8 | Dated: July 26, 2017 | SLAUGHTER, REAGAN & COLE, LLP |
| 9 | | |
| 10 | | */s/ Barry J. Reagan*<br>Barry J. Reagan |
| 11 | | *Attorneys for Defendants* |